FILED
APR - 3 2008
CLERK, U.S. ...
SOUTHERN ...
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1041-LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - |
| MARTIN FEDERICO PEREZ LOPEZ, ) aka Enrique Garcia, ) | False Statement to a Federal Officer (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about March 8, 2008, within the Southern District of California, defendant MARTIN FEDERICO PEREZ LOPEZ, in a matter within the jurisdiction of the Department of Homeland Security, Bureau of Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Customs and Border Protection Officer that his name was Enrique Garcia, whereas in truth and fact, as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: April 3, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:pcf
3/14/08