AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARTIN FEDERICO PEREZ LOPEZ
aka Enrique Garcia

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1041-LAB

FILED
APR - 3 2008
CLERK, U.S. ...
SOUTHERN ...
BY _____

I, MARTIN FEDERICO PEREZ LOPEZ aka Enrique Garcia, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4\3\08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MARTIN FEDERICO PEREZ LOPEZ
Defendant

_____
SHAFFY MOEEL
Counsel for Defendant

Before _____
JUDICIAL OFFICER