MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **MARTIN FEDERICO PEREZ LOPEZ,**     No. 08CR1041-LAB

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on __April 17, 2008__     and ended on __7/14/08__ ; (     )

_____ and ended on _____ . (     )

3161(h)

____(1)(A)     Exam or hrg for **mental or physical incapacity**     A

____(1)(B)     **NARA exam**ination (28:2902)     B

____(1)(D)     State or Federal trials or **other charges pending**     C

____(1)(E)     **Interlocutory appeals**     D

____(1)(F)     **Pretrial motions** (from flg to hrg or other prompt dispo)     E

____(1)(G)     **Transfers from other district** (per FRCrP 20, 21 & 40)     F

____(1)(J)     **Proceedings under advisement** not to exceed thirty days     G

____     Misc proc:  Parole or prob rev, deportation, **extradition**     H

____(1)(H)     **Transportation** from another district or to/from examination
or hospitalization in ten days or less     6

__✓__(1)(I)     Consideration by Court of **proposed plea agreement**     7

____(2)     **Prosecution deferred** by mutual agreement     I

____(3)(A)(B)     **Unavailability of defendant** or **essential witness**     M

____(4)     Period of **mental or physical incompetence** of defendant to
stand trial     N

____(5)     Period of **NARA commitment or treatment**     O

____(6)     **Superseding indictment and/or new charges**     P

____(7)     **Defendant awaiting trial of co-defendant** when no severance
has been granted     R

____(8)(A)(B)     **Continuance**s granted per (h)(8)-use "T" alone if more than
one of the reasons below are given in support of continuance     T

____(8)(B)(I)     1) Failure to grant a **continuance** in the proceeding
would result in a **miscarriage of justice** and
the ends of justice outweigh the best interest
of the public and the defendant in a speedy trial.
**(Continuance - miscarriage of justice)**
2) Failure to grant a **continuance** of the trial would result in
a miscarriage of justice as the defendant has tendered a
guilty plea to a magistrate judge and is awaiting a
determination as to whether the plea will be accepted.
**(Continuance - tendered a guilty plea)**     T1

____(8)(B)(ii)     2) **Case** unusual or **complex**     T2

____(8)(B)(iii)     3) **Indictment** following arrest **cannot be filed** in thirty (30) days     T3

____(8)(B)(iv)     4) **Continuance** granted in order to obtain or substitute counsel,
or give reasonable time to prepare
**(Continuance re counsel)**     T4

____3161(I)     Time up to **withdrawal of guilty plea**     U

____3161(b)     **Grand jury indictment time extended** thirty (30) more days     W

Date__4/17/08__                    _____ Judge's Initials